27 So.2d 510

### Arthur Furnil SPARKS v. STATE.

### 7 Div. 880.

Supreme Court of Alabama.

July 25, 1946.

Rehearing Denied Oct. 24, 1946.

Leonard Crawford, of Fort Payne, for petitioner.

Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Arthur Furnil Sparks for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Sparks v. State, 27 So.2d 508 (7 Div. 867).

Writ denied.

All the Justices concur.